**Glen Scott MILNER, Plaintiff–Appellant,**

v.

**UNITED STATES DEPARTMENT OF THE NAVY, Defendant–Appellee.**

No. 07–36056.

United States Court of Appeals, Ninth Circuit.

May 11, 2011.

David S. Mann, Keith P. Scully, Gendler & Mann, LLP, Seattle, WA, for Plaintiff–Appellant.

Helen J. Brunner, Esquire, Assistant U.S. Attorney, Peter Angus Winn, Assistant U.S. Attorney, Office of the U.S. Attorney, Seattle, WA, for Defendant–Appellee.

Before: WILLIAM A. FLETCHER, RONALD M. GOULD and RICHARD C. TALLMAN, Circuit Judges.

## ORDER

This case returns to us on remand from the Supreme Court of the United States. *Milner v. Dept. of the Navy*, 575 F.3d 959 (9th Cir.2009), *reversed and remanded by* —— U.S. ——, 131 S.Ct. 1259, 179 L.Ed.2d 268 (2011). We, in turn, reverse and remand to the district court for further proceedings on an open record consistent with the Supreme Court's opinion.

REVERSED and REMANDED.